IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

DWIGHT DURAN, et al.,

      Plaintiffs,

v.     1:77-cv-00721-KG-KK

SUSANA MARTINEZ, Governor, et al.,

      Defendants.

**ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME**

This matter having come before the Court on Defendant's second Unopposed Motion for Extension of Time, and the Court having reviewed the Motion and considered the matter ORDERS as follows:

IT IS ORDERED that the above-named Defendants' deadline to file a response brief to Plaintiffs' Emergency Motion for Temporary Restraining Order (Doc. 2727) is extended through March 21, 2016.

_____
UNITED STATES DISTRICT JUDGE