IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**DWIGHT DURAN** *et al.,*

      Plaintiffs,

v.                    Civ. No. 77-721 KG/KK

**SUSANNA MARTINEZ,** *et al.*,

      Defendants.

### ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO APPOINT CLASS COUNSEL

The Court, having read the Plaintiffs' Unopposed Motion to Appoint Class Counsel and being fully informed, hereby GRANTS the motion and ORDERS that Katherine M. Loewe (The Law Office of Ryan J. Villa) be, and hereby is, appointed as counsel for the class in the above-captioned case.

_____
UNITED STATES DISTRICT JUDGE

Prepared by:

/s/ Philip B. Davis
Philip B. Davis
*Counsel for Plaintiffs*


Approved by:

Approved via email on 9/6/17
Regina Ryanczak
*Counsel for Defendants*