**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

DWIGHT DURAN, *et al.,*

    Plaintiffs,

v.                                        Case No.  1:77-cv-00721-KG-KK

SUSANA MARTINEZ, Governor, *et al.,*

    Defendants.

**CERTIFICATE OF SERVICE**

    I hereby certify that I served true and correct copies of the following documents:

    1) Defendants' Fifth Supplemental Responses to Plaintiffs' Third Set of Requests for Production upon Plaintiffs' class counsel via electronic mail on June 5, 2018, with documents responsive to those Requests, upon Reed Bienvenu, Plaintiffs' class counsel, via hand-delivery of a flash drive on June 5, 2018, and 2) Defendants' Third Supplemental Answers to Plaintiffs' Second Set of Interrogatories and 3) Defendants' Supplemental Responses to Plaintiffs' Sixth Set of Requests for Production of Documents via electronic mail on June 12, 2018, with documents responsive to those Requests, upon Reed Bienvenu, Plaintiffs' class counsel, via hand-delivery of a flash drive on June 12, 2018.

Alexandra Freedman Smith
Law Offices of Alexandra Freedman Smith
asmith@smith-law-nm.com

Mark H. Donatelli
Reed C. Bienvenu
Rothstein Donatelli LLP
mhd@rothsteinlaw.com
rbienvenu@rothsteinlaw.com

Peter Cubra
Law Offices of Peter Cubra
pcubra@qwestoffice.net

Philip B. Davis
Nicholas T. Davis
Law Office of Philip B. Davis
davisp@swcp.com
davisn@swcp.com

Katherine Loewe
Law Firm of Ryan J. Villa
kate@rjvlawfirm.com
2501 Rio Grande Blvd., #A
Albuquerque, NM 87104


June 12, 2018

HECTOR H. BALDERAS
New Mexico Attorney General

<u>/s/ M. Victoria Amada</u>
M. Victoria Amada
Becki Branch
Ari Biernoff
Assistant Attorneys General
P.O. Drawer 1508
Santa Fe, NM 87504-1508
(505) 717-3500
vamada@nmag.gov
rbranch@nmag.gov
abiernoff@nmag.gov

*Attorneys for Defendants*