IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

DWIGHT DURAN, *et al.*,

    Plaintiffs,

vs.                                                          Civ. No. 77-721 KG/KK

SUSANA MARTINEZ, Governor, *et al.*,

    Defendants.

## ORDER ON (DOC. 2948)

This matter comes before the Court on Plaintiff's Motion to Supplement Briefing on Plaintiffs' Motion for Declaratory, Injunctive, and Remedial Relief Regarding Violations of the Court's Stipulated Orders [Doc 2837] (Motion to Supplement), filed August 2, 2018. (Doc. 2948). The Court heard counsel on the Motion to Supplement at the August 10, 2018, hearing. Alexandra Smith, Katherine Loewe, Peter Cubra, Mark Donatelli, and Reed Bienvenue represented Plaintiffs at the hearing, while Victoria Amada and Rebecca Branch represented Defendants.

For the reasons stated on the record at the August 10, 2018, hearing, the Court GRANTS the Motion to Supplement (Doc. 2948) and ORDERS that

    1. Plaintiffs file their supplemental brief, including any discussion of *United States v. ITT Continental Baking Co.*, 420 U.S. 223 (1975), no later than August 17, 2018;

    2. Defendants may file a response no later than August 31, 2018; and

    3. Plaintiffs may file a reply no later than September 17, 2018.

                                                                                                UNITED STATES DISTRICT JUDGE