IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

DWIGHT DURAN, et al.,

    Plaintiffs,

v.                       1:77-cv-00721-KG-KK

SUSANA MARTINEZ, Governor, et al.,

    Defendants.

## ORDER GRANTING UNOPPOSED MOTION FOR EXPEDITED BRIEFING SCHEDULE AND EMERGENCY HEARING ON PLAINTIFFS' MOTION FOR ORDER TO POSTPONE AUTOMATIC STAY

The Court, having read Plaintiffs' Unopposed Motion for Expedited Briefing Schedule and Emergency Hearing on Plaintiffs' Motion for Order to Postpone Automatic Stay (Doc. 3010) and being otherwise fully informed, hereby GRANTS the motion and ORDERS:

1. Defendants must file their response to Plaintiffs' Motion for Order to Postpone Automatic Stay (Doc. 3009) by December 31, 2018;

2. Plaintiffs waive their reply brief on Plaintiffs' Motion for Order to Postpone Automatic Stay (Doc. 3009); and

3. If the Court holds a hearing on Plaintiffs' Motion for Order to Postpone Automatic Stay (Doc. 3009), it shall be before January 4, 2019.

_____
UNITED STATES DISTRICT JUDGE

/s/ Alexandra Freedman Smith
Alexandra Freedman Smith
Attorney for Plaintiffs

Approved via email on 12/20/18
Olga Seramifova
Counsel for Defendants