**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

**Before the Honorable Kirtan Khalsa**
**United States Magistrate Judge**

**Clerk's Minutes**

Friday, January 31, 2020 at 2:30 p.m.

*Duran et al. v. Lujan Grisham et al.*,
Civ. No. 77-721 KK/SCY

**PLAINTIFFS' ATTORNEYS PRESENT:**   Alexandra Freedman Smith
Mark Donatelli
Philip B. Davis

**DEFENDANTS' ATTORNEY PRESENT:**   Olga Serafimova

**TYPE OF PROCEEDING:**   Telephonic Status Conference
Time – 30 minutes

**CLERK'S MINUTES:**

- The Court held a telephonic status conference in the above-referenced case.

- The Court and counsel discussed preliminary issues in preparation for the final approval hearing currently scheduled for Monday, February 3, 2020 at 10:30 a.m.

- The Court directed counsel to notify the Court via e-mail at khalsaproposedtext@nmd.uscourts.gov as soon as possible if they determine that they need additional time to prepare for the final approval hearing. The Court indicated that, otherwise, it will proceed with the hearing as currently scheduled.