**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

**Before the Honorable Kirtan Khalsa
United States Magistrate Judge**

**Clerk's Minutes**

Monday, February 3, 2020 at 4:30 p.m.

*Duran et al. v. Lujan Grisham et al.*,
Civ. No. 77-721 KK/SCY

| | |
|---|---|
| **PLAINTIFFS' ATTORNEYS PRESENT:** | Philip B. Davis |
| | Reed Bienvenu |
| | Katherine Loewe |
| **DEFENDANTS' ATTORNEYS PRESENT:** | Jennifer Saavedra |
| | Matthew Garcia |
| **TYPE OF PROCEEDING:** | Telephonic Status Conference |
| | Time – <u>12 minutes</u> |

**CLERK'S MINUTES:**

- The Court held a telephonic status conference in the above-referenced case.

- The Court and counsel discussed the modification to the Revised Settlement Agreement to which the parties agreed at the final approval hearing held on Monday, February 3, 2020 at 10:30 a.m.