**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

**Before the Honorable Kirtan Khalsa
United States Magistrate Judge**

**Clerk's Minutes**

Friday, February 14, 2020 at 1:30 p.m.

*Duran et al. v. Lujan Grisham et al.*,
Civ. No. 77-721 KK/SCY

| | |
|---|---|
| **PLAINTIFFS' ATTORNEYS PRESENT:** | Katherine Loewe |
| | Philip Davis |
| | Nicholas Davis |
| | Reed Bienvenu |
| **DEFENDANTS' ATTORNEYS PRESENT:** | Jennifer Saavedra |
| | Matthew Garcia |
| | Olga Serafimova |
| **TYPE OF PROCEEDING:** | Telephonic Status Conference |
| | Time – 27 minutes |

**CLERK'S MINUTES:**

- The Court held a telephonic status conference in the above-referenced case.

- In response the Court's inquiries, counsel for both sides confirmed that Paragraph 17 of the Second Revised Settlement Agreement (Doc. 3200-1 at 11) applies to any inmate in NMCD's custody who meets the requirements set forth in that paragraph, whether he or she is currently a class member or not.