# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT
# OFFICE OF THE CLERK

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

Christopher M. Wolpert
Clerk of Court

May 14, 2021

Jane K. Castro
Chief Deputy Clerk

Mr. Mitchell R. Elfers
United States District Court for the District of New Mexico
Office of the Clerk
333 Lomas N.W.
Albuquerque, NM 87102

**RE:** 20-2033, Duran (Peterson) v. Grisham, et al
Dist/Ag docket: 1:77-CV-00721-KK-SCY

Dear Clerk:

Pursuant to Federal Rule of Appellate Procedure 41, the Tenth Circuit's mandate in the above-referenced appeal issued today. The court's April 22, 2021 judgment takes effect this date.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of the Court

cc:  Reed C. Bienvenu
     David S. Peterson
     Alexandra Freedman Smith
     Nicholas Mark Sydow

CMW/jjh