IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**DWIGHT DURAN,** *et al.***,**

    Plaintiffs,

**v.**                                                          Civ. No. 77-721 KK/SCY

**MICHELLE LUJAN GRISHAM,** *et al.***,**

    Defendants.

### ORDER FINDING SUSTAINED COMPLIANCE WITH PARAGRAPHS 1a, 1c, AND 1d OF THE SECOND REVISED SETTLEMENT AGREEMENT

**THIS MATTER**, having come before the Court on the Defendants' Unopposed Motion for Finding of Sustained Compliance with Paragraphs 1a, 1c, and 1d of the Second Revised Settlement Agreement, the Court, having reviewed the Motion, finds that it is well taken.

**THEREFORE**, it is found that Defendants have maintained compliance with Paragraphs 1a, 1c, and 1d of the Second Revised Settlement Agreement as required by the parties' Agreement.

**IT IS THEREFORE ORDERED, ADJUDGED, and DECREED** that Defendants have substantially complied with Paragraphs 1a, 1c, and 1d of the Second Revised Settlement Agreement.

**IT IS FURTHER ORDERED** that Paragraphs 1a, 1c, and 1d are disengaged, the Court's oversight over Paragraphs 1a, 1c, and 1d is terminated, and Defendants are no longer required to report on Paragraphs 1a, 1c, and 1d or compensate the Plaintiffs for attorney, paralegal, or investigator time spent monitoring Paragraphs 1a, 1c, and 1d.

_____
THE HONORABLE KIRTAN KHALSA
U.S. MAGISTRATE JUDGE

Respectfully submitted,

**ROBLES, RAEL & ANAYA, P.C.**


By:   /s/ Taylor S. Rahn
       Taylor S. Rahn
       Attorney for Defendants
       500 Marquette Ave. NW, Suite 700
       Albuquerque, NM 87102
       (505) 242-2228
       (505) 242-1106 (facsimile)
       taylor@roblesrael.com


APPROVED BY:

LAW OFFICE OF ALEXANDRA FREEDMAN SMITH

Approved via email on January 11, 2023
Alexandra Freedman Smith
925 Luna Circle NW
Albuquerque, NM 87102
(505) 200-2331
asmith@smith-law.nm.com
*Attorney for Plaintiffs*