IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**DWIGHT DURAN et al.,**

    Plaintiffs,

v.                              Civ. No. 77-00721 KK/SCY

**MICHELLE LUJAN GRISHAM et al.,**

    Defendants.

## ORDER FINDING SUSTAINED COMPLIANCE WITH PARAGRAPH 16 OF THE SECOND REVISED SETTLEMENT AGREEMENT

**THIS MATTER**, having come before the Court on the Defendants' Unopposed Motion for Finding of Sustained Compliance with Paragraph 16 of the Second Revised Settlement Agreement the Court, having reviewed the Motion, finds that it is well taken.

**THEREFORE**, it is found that Defendants have sustained compliance with Paragraph 16 of the Second Revised Settlement Agreement.

**IT IS THEREFORE ORDERED, ADJUDGED, and DECREED** that Defendants have sustained compliance with Paragraph 16 of the Second Revised Settlement Agreement for six (6) months from the entry of the Order finding substantial compliance.

**IT IS FURTHER ORDERED**, Paragraph 16 is disengaged, the Court's oversight over Paragraph 16 is terminated, and Defendants are no longer required to report on Paragraph 16 or compensate the Plaintiffs for attorney, paralegal, or investigator time spent monitoring Paragraph 16.

*/s/ Kirtan Khalsa*
_____
KIRTAN KHALSA
UNITED STATES MAGISTRATE JUDGE

Respectfully submitted,

**ROBLES, RAEL & ANAYA, P.C.**


By:   /s/ Taylor S. Rahn
      Taylor S. Rahn
      Attorney for Defendants
      500 Marquette NW, Suite 700
      Albuquerque, NM 87102
      (505) 242-2228
      (505) 242-1106 (facsimile)
      taylor@roblesrael.com


APPROVED BY:

Law Office of Alexandra Freedman Smith

Approved via email on May 5, 2023
Alexandra Freedman Smith
925 Luna Circle, NW
Albuquerque, NM 87102
(505) 200-2331
asmith@smith-law.nm.com

*Attorney for Plaintiff Class*