IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**DWIGHT DURAN et al.,**

    Plaintiffs,

v.                                                                       Civ. No. 77-00721 KK/SCY

**MICHELLE LUJAN GRISHAM et al.,**

    Defendants.

**CERTIFICATE OF SERVICE**

Defendants, Michelle Lujan Grisham and the New Mexico Corrections Department, through their attorneys Robles, Rael & Anaya, P.C. (Taylor S. Rahn), hereby certify that the following was sent via electronic mail to all counsel of record on the 22nd day of May 2023:

1. Notice of Compliance with Paragraph 9 of the Second Revised Settlement Agreement.

                                                     Respectfully submitted,

                                                     **ROBLES, RAEL & ANAYA, P.C.**

                                                     By:   /s/ Taylor S. Rahn
                                                                 Taylor S. Rahn
                                                                 Attorney for Defendants
                                                                 500 Marquette Ave., NW, Suite 700
                                                                 Albuquerque, New Mexico 87102
                                                                 (505) 242-2228
                                                                 (505) 242-1106 (facsimile)
                                                                 taylor@roblesrael.com

I hereby certify that on this 22nd day of May 2023, the foregoing was electronically served through the CM/ECF system to all counsel of record.

/s/ Taylor S. Rahn
Taylor S. Rahn