IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**DWIGHT DURAN**, *et al.*,

    Plaintiffs,

v.                                                  1:77-cv-00721-KK-SCY

**MICHELLE LUJAN GRISHAM,**
**Governor,** *et al.*,

    Defendants.

**ORDER ON UNOPPOSED MOTION TO SUPPLEMENT PLAINTIFFS' RESPONSE TO MOTION FOR COMPLIANCE WITH PARAGRAPH 7**

    The Court, having considered Plaintiffs' Unopposed Motion to Supplement Plaintiffs' Response to Defendant's Motion for Compliance with Paragraph 7 of the Second Revised Settlement Agreement, and being otherwise fully informed, hereby GRANTS the Motion.

_____
THE HONORABLE KIRTAN KHALSA
UNITED STATES MAGISTRATE JUDGE

                              Respectfully submitted,

                              LAW OFFICE OF ALEXANDRA
                              FREEDMAN SMITH
                              /s/ *Doreen McKnight*
                              Alexandra Freedman Smith
                              Doreen McKnight
                              925 Luna Circle, NW
                              Albuquerque, NM 87102
                              (505) 200-2331
                              asmith@smith-law.nm.com
                              doreen@smith-law-nm.com
                              *Attorneys for Plaintiffs*

APPROVED by:

ROBLES, RAEL & ANAYA, P.C.

<u>Via email on June 9, 2023</u>

Taylor S. Rahn
500 Marquette Ave NW, Suite 700
Albuquerque, NM 87102
(505) 242-2228
*Attorney for Defendant*