# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

**DWIGHT DURAN, et al.,**

    Plaintiffs,

v.                                  Civ. No. 77-00721 KK/SCY

**MICHELLE LUJAN GRISHAM, et al.,**

    Defendants.

## **CERTIFICATE OF SERVICE**

Defendants, Michelle Lujan Grisham and the New Mexico Corrections Department, through their attorneys Robles, Rael & Anaya, P.C. (Taylor S. Rahn), hereby certify that the following was sent via electronic mail to all counsel of record on the 23rd day of June, 2023:

1. Notice of Substantial Compliance with Paragraph 5 of the Second Revised Settlement Agreement.

                                    Respectfully submitted,

                                    **ROBLES, RAEL & ANAYA, P.C.**

                        By:    /s/ Taylor S. Rahn
                                  Taylor S. Rahn
                                  Attorney for Defendants
                                  500 Marquette Ave. NW, Suite 700
                                  Albuquerque, New Mexico 87102
                                  (505) 242-2228
                                  (505) 242-1106 (facsimile)
                                  taylor@roblesrael.com

I hereby certify that on this 23rd day of June, 2023, the foregoing was electronically served through the CM/ECF system to all counsel of record.


/s/ Taylor S. Rahn
Taylor S. Rahn