

77cv721 KK-SCY
DOC# 3346 + 3347

Inmate Discharge 04/2022

UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO
OFFICE OF THE CLERK
SUITE 270
333 LOMAS BLVD. N.W.
ALBUQUERQUE, NEW MEXICO 87102

OFFICIAL BUSINESS

RECEIVED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

JUN 23 2023

MITCHELL R. ELFERS
CLERK

Patricio David Ortegon, 39584

NIXIE    871    DE    1    0006/22/23
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 87102227470   *1855-05626-22-06