# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

**DWIGHT DURAN, et al.,**

    Plaintiffs,

v.                                                      Civ. No. 77-00721 KK/SCY

**MICHELLE LUJAN GRISHAM, et al.,**

    Defendants.

## CERTIFICATE OF SERVICE

Defendants, Michelle Lujan Grisham and the New Mexico Corrections Department, through their attorneys Robles, Rael & Anaya, P.C. (Taylor S. Rahn), hereby certify that the following was sent via electronic mail to all counsel of record on the 23rd day of June, 2023:

1. Notice of Compliance with Paragraph 12 of the Second Revised Settlement Agreement.

                                        Respectfully submitted,

                                        **ROBLES, RAEL & ANAYA, P.C.**

By:   /s/ Taylor S. Rahn
        Taylor S. Rahn
        Attorney for Defendants
        500 Marquette Ave., NW, Suite 700
        Albuquerque, New Mexico 87102
        (505) 242-2228
        (505) 242-1106 (facsimile)
        taylor@roblesrael.com

I hereby certify that on this 23rd day of June, 2023, the foregoing was electronically served through the CM/ECF system to all counsel of record.

/s/ Taylor S. Rahn
Taylor S. Rahn