**NEW MEXICO CORRECTIONS DEPARTMENT**

Secretary
Alisha Tafoya Lucero

May 6th, 2020

### *In Response to the February 24th, 2020 Notice of Violation-from the New Mexico Environment Department (Drinking Water Bureau).*

The environmental report of the drinking water provided by the Springer Correctional Center indicates the Total Trihalomethanes (TTHM) obtained from the sample locations (Programs Building (0.106)/SCC-Laundry Department (0.108) per the environmental plan have exceeded the standard level (0.080 milligrams per liter).

### *Springer Correctional Center has placed the following Corrective Actions to rectify/elevate the contamination levels.*

- Replace all drinking fountain filters
    - 3M-AQUA pur-charcoal filters
        - February 2020
- City of Springer Water Supply
    - SCC no longer adds chlorine to city water supply
- Flush all sample point lines prior to testing
    - February-2020
- Flush all hydrants
    - February-2020
- SCC is currently conducting quarterly samples in lieu of annual sample inspections
- Posted the New Mexico Environmental Department (Drinking Water) Report in high traffic areas for the population to observe/review.
- These sample areas/locations do not contain drinking fountains or drinking areas, but do possess restrooms and hand washing stations.

EXHIBIT
____C____

2ND_SRSA00069