

MICHELLE LUJAN GRISHAM
GOVERNOR

JAMES C. KENNEY
CABINET SECRETARY

Notification Sent Via Email

6/20/2023

Greg Guzzo
Springer Correctional Facility, NM3500104
P.O. Box 10
Springer, NM 87747

Re:   Notice of Completion and Approval of Level 1 Assessment Springer Correctional Facility, NM3500104

Dear Greg Guzzo:

Our records indicate that the Springer Correctional Facility Water System triggered a Level 1 Assessment on 6/9/2023. This letter is to inform you that the New Mexico Environment Department's Drinking Water Bureau (NMED-DWB) has received adequate compliance documentation verifying the Springer Correctional Facility completed a Level 1 Assessment on 6/19/2023 and has implemented appropriate corrective action to address sanitary defects. Based on the information submitted, the submitted Level 1 Assessment is approved and no further action regarding this triggered assessment is required.

NMED-DWB appreciates your assistance in this matter and your compliance efforts to ensure protection of the State's drinking water. If you have questions or require clarification concerning this matter, please contact me at 505-629-3085 or by e-mail at chet.markham2@env.nm.gov.

Respectfully,

Chet Markham, RTCR Rule Administrator
Drinking Water Bureau
Water Protection Division


cc:   Area Supervisor (electronic)
      Springer Correctional Facility water system Area Office file
       Electronic Central File

EXHIBIT
D

**New Mexico Environment Department**
Drinking Water Bureau
Coliform Bacteria Level 1 Assessment Form
RTCR-1

[ CLEAR FORM ]

| PWS ID#: NM35 00104 | PWS Name: Springer Correctional Facility | City/Town: Springer, NM |
|---|---|---|

**Compliance Period (mm/yy)**   June   2023

### INSTRUCTIONS:

In **Section A** review and evaluate the listed elements typically found in a PWS. Check (√) all elements reviewed and check (√) "Issue(s) identified" if any potential causes of contamination were identified, check (√) "No issues" if potential causes of contamination were not identified, or check (√) "NA" if the section is not applicable to the PWS.
In **Section B** "Description of Occurrence" provide an explanation if any issues were identified.
In **Section C** "Corrective Action" provide proposed corrective action(s) if any issues were identified in Section B.
**Return this form no later than 30 days after triggering an assessment.**

### Section A

**1. GENERAL**   ☐ No issues   ☒ Issue(s) identified   ☐ NA**

Have any of the following occurred at sample sites prior to collecting bacteria samples?
- ☒ (SD075) low/inadequate disinfectant residual
- ☐ (SD005) loss of pressure (<20 psi)
- ☐ (SD009) operation/maintenance activities
- ☐ (SD013) visible indicators of unsanitary conditions
- ☐ (SD015) firefighting event/flushing/sheared hydrant
- ☐ (SD076) analyzers/equipment not calibrated
- ☐ (SD012) signs of vandalism/forced entry
- ☐ (SD007) other: _____

**2. OPERATIONAL CHANGES**   ☒ No issues   ☐ Issue(s) identified   ☐ NA**
- ☐ (SD019) potential source of contamination
- ☐ (SD018) new source added
- ☐ (SD016) other: _____

**3. SAMPLING SITES**   ☐ No issues   ☒ Issue(s) identified   ☐ NA**
- ☒ (SD001) unclean or unsuitable sample tap
- ☐ (SD002) change in conditions at sample site
- ☐ (SD077) hot water intrusion
- ☐ (SD007) other: _____

**4. SAMPLING PROTOCOL**   ☐ No issues   ☒ Issue(s) identified   ☐ NA**
- ☐ (SD078) improper sample container
- ☒ (SD081) inadequate tap flushing
- ☐ (SD079) aerator was not removed
- ☐ (SD082) improper hold time/storage temperature
- ☐ (SD080) sampler error
- ☐ (SD083) auto sensing faucet/swivel-type faucet
- ☐ (SD084) other _____

**5. SOURCES - Well**   ☐ No issues   ☐ Issue(s) identified   ☒ NA**
- ☐ (SD020) defective/damaged well cap/well seal
- ☐ (SD087) damaged well casing
- ☐ (SD025) floodwater/run-off inundation
- ☐ (SD021) damaged/unscreened vent
- ☐ (SD085) missing/damaged grout seal
- ☐ (SD088) unprotected opening in pump/pump assembly
- ☐ (SD086) damaged pitless adaptor
- ☐ (SD089) raw water sample result TC+ or EC+
- ☐ (SD029) other: _____

| Surface Water Supply | ☐ No issues ☐ Issue(s) identified ☒ NA** |
|---|---|
| ☐ **(SD090)** potential source of contamination ☐ **(SD071)** rapid snowmelt ☐ **(SD070)** heavy rainfall | |
| ☐ **(SD018)** change in sources ☐ **(SD071)** flooding | |
| ☐ **(SD091)** other: | |
| ☐ **(SD036)** Turbidimeters are operated outside of the following range? | |

| Turbidimeter Setting or Activity | Recommendation |
|---|---|
| Controller Error Hold Mode | Transfer to 0.0 NTU |
| IFE and CFE signal span (minimum and maximum turbidity data capping) | 0.0- 5.1 NTU |
| Data recorder | Required. Must be calibrated to sensor output. Instrument output must be scaled to match the SCADA or recorder scale. |
| Bubble reject | ON |
| Signal Averaging | 30 second (i.e., 30 readings taken at ~1 second intervals) |
| Sample Flow | Measured at least monthly. |
| Sample Flow Rate | A flow rate of 500 mL/min as a starting point for year round operation. |
| Bulb replacement | At least annually or earlier as recommended by manufacturer. |
| Verification checks | Weekly comparison of the continuous turbidimeters with a calibrated bench-top turbidimeter. An acceptable difference between the values is about 10% or ± 0.05 NTU. |
| Written SOPs for turbidimeter settings | Required |
| Instrument specific maintenance log | Required |
| Calibration | At least quarterly. Set to 'Hold Outputs' during calibration and maintenance activities. |

| Spring | ☐ No issues ☐ Issue(s) identified ☒ NA** |
|---|---|
| ☐ **(SD019)** potential source of contamination | **(SD070)** ☐ heavy rainfall |
| ☐ **(SD090)** infiltration of surface run-off | **(SD071)** ☐ rapid snowmelt |
| ☐ **(SD030)** improper development/poorly maintained spring box | |
| ☐ **(SD032)** other: | |

| 6. TREATMENT PROCESS | ☐ No issues ☐ Issue(s) identified ☒ NA** |
|---|---|
| ☐ **(SD043)** change in flow rates | ☐ **(SD038)** recent installation/repair |
| ☐ **(SD093)** inadequate disinfection | ☐ **(SD009)** O & M procedures not followed |
| ☐ **(SD036)** turbidity measurements out of range | |
| ☐ **(SD039)** treatment added or changed | ☐ **(SD040)** interruption in treatment/power loss |
| ☐ **(SD045)** other | |

| 7. STORAGE TANKS | ☒ No issues | ☐ Issue(s) identified | ☐ NA** |
|---|---|---|---|

☐ **(SD058)** improper maintenance practices    ☐ **(SD075)** low disinfectant residual
☐ **(SD094)** presence of dead animals/insects    ☐ **(SD048)** hatch not sealed
☐ **(SD095)** incorrect operation of level control valves, altitude valves, and related appurtenances
☐ **(SD054)** deterioration, rust, holes, or other breaches in vent, overflow pipe, access hatch, screens, ladders, etc.
☐ **(SD045)** other:

| 8. DISTRIBUTION SYSTEM | ☐ No issues | ☒ Issue(s) identified | ☐ NA** |
|---|---|---|---|

☐ **(SD073)** power loss    ☐ **(SD066)** operation of isolation valves resulting in breakage
☐ **(SD096)** standing water/debris in valve vault    ☐ **(SD067)** flushing of fire hydrants or blow-offs
☒ **(SD075)** low disinfection residuals    ☐ **(SD098)** improper operation of air-relief/air-vacuum valves
☐ **(SD063)** pump or valve failure    ☐ **(SD065)** installation of new mains or construction activity
☐ **(SD061)** pressure loss/inadequate pressure (<20 psi)    ☐ **(SD063)** improper operation of pumps/valves
☐ **(SD097)** improper surge control    ☐ **(SD099)** illegal use of hydrants
☐ **(SD066)** main breaks    ☐ **(SD100)** leaks
☐ **(SD062)** unprotected cross connection    ☐ **(SD063)** improper operation of valves
☐ **(SD069)** other:

**Section B - Description of Occurrence** Use this space to provide additional information that supports your findings (i.e. water quality and pressure monitoring data). Include corresponding dates with your findings.

☐ Check if PWS did not find any causes for the contamination.

Low disinfection residual at the sample site. The sample location is located at a deep basin (slop) sink. The sink is typically dirty.

| **Section C - Corrective Action** Use this space to describe corrective action taken or proposed corrective action with corresponding dates. |
|---|
| Sampler will sanitize the sample location with isoproply alcohol and flush the tap for a minimum of 10 minutes prior to taking the sample due to frequency non-use of the sample location. Sampler will test of an adequate chlorine residual prior to taking sample. Will also make sure the sampler goes off the sample plan to assure the proper samples are being took and the proper repeat RT numbers are being used. |

**Were all identified Sanitary Defects corrected?***  
*If yes, please provide documentation of all corrected defects along with this assessment form.  
Yes* ☐   No** ☐

**For corrective actions not completed by the time of submission of this assessment form (e.g., in the case where parts need to be ordered and may take longer than 30 days to be delivered and installed), the system must complete the corrective action(s) in compliance with a schedule determined by NMED-DWB in consultation with the water system. To facilitate the discussion during the consultation, the system may propose a schedule for the corrective action(s). The system must notify the state when each scheduled corrective action is completed.

| | |
|---|---|
| Initial Total Coliform or E.Coli Detection Date: 06/07/23 | Initial Laboratory Notification Date: 06/07/23 |
| Initial NMED-DWB Consultation Date: 06/07/23 | Total # routine and repeat samples collected: 2 |
| Total # coliform positive samples: 2 | Total # E-coli positive samples: 0 |
| # of coliform positive detections in past 12 months: 2 | # of coliform violations in past 12 months: 0 |

**Certification:** I certify under penalty of law that I am the person authorized to fill out this form, and the information contained herein is true, accurate and complete to the best of my knowledge and belief.

| | | | |
|---|---|---|---|
| Print Name: | Robert Towle | Title: | Consultant |
| Operator Level | WS3 | License # | NM00662 |
| Signature: | *[signature]* | Date: | 6/19/23 |
| Phone #: | (505) 463-1395 | Email: | btowle@newmexicowater.com |

**NMED-DWB will not accept forms that have not been signed by the Certified water operator. Signature must be either a physical or electronic signature.**

Please return this completed form to the NMED-DWB RTCR Rule Administrator at NMENV.RTCR@state.nm.us RTCR Assessments which are not fully completed will not be accepted and may result in a Notice of Violation issued to the water system.

[ SUBMIT VIA EMAIL TO NMED-DWB ]

[ SAVE AND PRINT FORM ]

DWB USE ONLY: Date received 06/19/2023     NMED-DWB Reviewer: *[signature]*