| | |
|---|---|
| **From:** | Taylor Rahn |
| **To:** | doreen@smith-law-nm.com; Smith, Alexandra; nick@davislawnm.com; Kate Loewe (kate@rjvlawfirm.com) |
| **Cc:** | Lovato, Mark, CD; Rami Newman; Garcia, Leslie, CD |
| **Subject:** | Notice re Water |
| **Date:** | Friday, June 9, 2023 3:01:00 PM |

Good afternoon,

On June 6, 2023, monthly water samples were taken at the Springer Correctional Center.

On June 7, 2023, The Environmental Department notified NMCD that coliform was detected in the initial sample submitted and required follow up test for confirmation.

On June 8, 2023, an additional four samples were collected and submitted for confirmation testing.  Additionally, SCC began providing all inmates with bottled drinking water and the issuance is being documented.  Inmates are allowed to exchange the empty bottles for a new issuance, as needed.

On June 9, 2023, NMCD was notified two samples were absent from the contaminate, while two detected the contaminate.  Inmates will continue to receive bottled water, until such time the drinking water is deemed safe by the Environment Department.

Counsel will be updated with new information, as it is available.

Thank you,

Taylor S. Rahn
*Partner*
**ROBLES, RAEL & ANAYA, P.C.**
**500 MARQUETTE NW, SUITE 700**
**ALBUQUERQUE, NM 87102**
(505) 242-2228 Phone
(505) 242-1106 Fax
taylor@roblesrael.com



\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**The unauthorized disclosure or interception of e-mail is a federal crime.  See 18 U.S.C. § 2517(4).  This e-mail is intended only for the use of those to whom it is addressed and may contain information which is privileged, confidential and exempt from disclosures under the law.  If you have received this e-mail in error, do not distribute or copy it.  Return it immediately with attachments, if any, and notify me by telephone at (505) 242-2228.  Thank you.**

EXHIBIT E