| New Mexico Environment Department | UOCP Operator Lookup | Drinking Water Program |
|---|---|---|
| County Map of NM | Water System Search | Help |

| Water System Detail Information |||||
|---|---|---|---|---|
| Water System No.: | NM3500104 | | Federal Type: | NTNC |
| Water System Name: | SPRINGER CORRECTIONAL FACILITY | | Federal Source: | SWP |
| Principal County Served: | COLFAX | | System Status: | A |
| Principal City Served: | SPRINGER | | Activity Date: | 12-09-1996 |

| TTHM Locational Running Annual Average |||||
|---|---|---|---|---|
| Facility | Site | Year - Calendar Quarter | LRAA | Samples |
| 00104000 | HAA5-1 | 23-Q2 | 0.0718 mg/L | 4 |
| | | 23-Q1 | 0.0862 mg/L | 4 |
| | | 22-Q4 | 0.097 mg/L | 3 |
| | | 22-Q3 | 0.1043 mg/L | 3 |
| | | 22-Q2 | 0.1009 mg/L | 3 |
| | | 21-Q4 | 0.0831 mg/L | 4 |
| | | 21-Q3 | 0.0822 mg/L | 3 |
| | | 21-Q2 | 0.0525 mg/L | 3 |
| | | 21-Q1 | 0.0419 mg/L | 3 |
| | | 20-Q3 | 0.0771 mg/L | 4 |
| | | 20-Q2 | 0.0977 mg/L | 4 |
| | | 20-Q1 | 0.1193 mg/L | 4 |
| | | 19-Q4 | 0.1075 mg/L | 4 |
| | | 19-Q3 | 0.0952 mg/L | 4 |
| | | 19-Q2 | 0.0882 mg/L | 4 |
| | | 19-Q1 | 0.0862 mg/L | 4 |
| | | 18-Q4 | 0.0834 mg/L | 4 |
| | | 18-Q3 | 0.0843 mg/L | 4 |
| | | 18-Q2 | 0.0862 mg/L | 3 |
| | | 18-Q1 | 0.0848 mg/L | 3 |
| | | 17-Q4 | 0.0923 mg/L | 3 |
| | | 17-Q2 | 0.1004 mg/L | 3 |
| | | 17-Q1 | 0.0956 mg/L | 2 |
| | | 16-Q4 | 0.109 mg/L | 1 |
| | SP001040001 | 13-Q3 | 0.0022 mg/L | 4 |
| | | 13-Q2 | 0.0041 mg/L | 4 |
| | | 13-Q1 | 0.0041 mg/L | 4 |
| | | 12-Q4 | 0.0035 mg/L | 4 |
| | | 12-Q3 | 0.0023 mg/L | 6 |

EXHIBIT __F__

| | | | | |
|---|---|---|---|---|
| | | 12-Q2 | 0.0251 mg/L | 6 |
| | | 12-Q1 | 0.0461 mg/L | 6 |
| | | 11-Q4 | 0.0637 mg/L | 18 |
| | | 11-Q3 | 0.1268 mg/L | 4 |
| | | 11-Q2 | 0.1109 mg/L | 4 |
| | | 11-Q1 | 0.1069 mg/L | 4 |
| | | 10-Q4 | 0.0789 mg/L | 4 |
| | | 10-Q3 | 0.0766 mg/L | 4 |
| | | 10-Q2 | 0.0848 mg/L | 4 |
| | | 10-Q1 | 0.0818 mg/L | 4 |
| | | 09-Q4 | 0.1017 mg/L | 4 |
| | | 09-Q3 | 0.0921 mg/L | 4 |
| | | 09-Q2 | 0.0994 mg/L | 4 |
| | | 09-Q1 | 0.1048 mg/L | 4 |
| | | 08-Q4 | 0.1145 mg/L | 4 |
| | | 08-Q3 | 0.1193 mg/L | 4 |
| | | 08-Q2 | 0.1138 mg/L | 4 |
| | | 08-Q1 | 0.1113 mg/L | 4 |
| | | 07-Q4 | 0.1078 mg/L | 5 |
| | | 07-Q3 | 0.1075 mg/L | 5 |
| | | 07-Q2 | 0.1092 mg/L | 6 |
| | | 07-Q1 | 0.1137 mg/L | 12 |
| | | 06-Q4 | 0.1153 mg/L | 5 |
| | | 06-Q3 | 0.1139 mg/L | 10 |
| | | 06-Q2 | 0.1089 mg/L | 4 |
| | | 06-Q1 | 0.1032 mg/L | 4 |
| | TTHM-1 | ==23-Q2== | ==0.08 mg/L== | ==4== |
| | | 23-Q1 | 0.0911 mg/L | 4 |
| | | 22-Q4 | 0.0999 mg/L | 3 |
| | | 22-Q3 | 0.1013 mg/L | 3 |
| | | 22-Q2 | 0.0946 mg/L | 3 |
| | | 21-Q4 | 0.0929 mg/L | 4 |
| | | 21-Q3 | 0.0987 mg/L | 3 |
| | | 21-Q2 | 0.0667 mg/L | 3 |
| | | 21-Q1 | 0.0423 mg/L | 3 |
| | | 20-Q3 | 0.0603 mg/L | 3 |
| | | 20-Q2 | 0.0873 mg/L | 3 |
| | | 19-Q4 | 0.1063 mg/L | 4 |
| | | 19-Q3 | 0.092 mg/L | 4 |
| | | 19-Q2 | 0.0864 mg/L | 4 |
| | | 19-Q1 | 0.0844 mg/L | 4 |
| | | 18-Q4 | 0.0831 mg/L | 4 |

| | | | | |
|---|---|---|---|---|
| | | 18-Q3 | 0.0869 mg/L | 4 |
| | | 18-Q2 | 0.088 mg/L | 3 |
| | | 18-Q1 | 0.087 mg/L | 3 |
| | | 17-Q4 | 0.0943 mg/L | 3 |
| | | 17-Q2 | 0.1009 mg/L | 3 |
| | | 17-Q1 | 0.0983 mg/L | 2 |
| | | 16-Q4 | 0.107 mg/L | 1 |

| HAA5 Locational Running Annual Average | | | | |
|---|---|---|---|---|
| Facility | Site | Quarter | LRAA | Samples |
| 00104000 | HAA5-1 | 23-Q2 | 0.0145 mg/L | 4 |
| | | 23-Q1 | 0.0144 mg/L | 4 |
| | | 22-Q4 | 0.0118 mg/L | 3 |
| | | 22-Q3 | 0.0196 mg/L | 3 |
| | | 22-Q2 | 0.0184 mg/L | 3 |
| | | 21-Q4 | 0.0222 mg/L | 4 |
| | | 21-Q3 | 0.0191 mg/L | 3 |
| | | 21-Q2 | 0.0146 mg/L | 3 |
| | | 21-Q1 | 0.0117 mg/L | 3 |
| | | 20-Q3 | 0.0249 mg/L | 4 |
| | | 20-Q2 | 0.0275 mg/L | 4 |
| | | 20-Q1 | 0.0306 mg/L | 4 |
| | | 19-Q4 | 0.0265 mg/L | 4 |
| | | 19-Q3 | 0.0194 mg/L | 4 |
| | | 19-Q2 | 0.018 mg/L | 4 |
| | | 19-Q1 | 0.0175 mg/L | 4 |
| | | 18-Q4 | 0.0159 mg/L | 4 |
| | | 18-Q3 | 0.0124 mg/L | 4 |
| | | 18-Q2 | 0.0147 mg/L | 3 |
| | | 18-Q1 | 0.016 mg/L | 3 |
| | | 17-Q4 | 0.0194 mg/L | 3 |
| | | 17-Q2 | 0.0249 mg/L | 3 |
| | | 17-Q1 | 0.028 mg/L | 2 |
| | | 16-Q4 | 0.0291 mg/L | 1 |
| | SP001040001 | 13-Q3 | 0.0207 mg/L | 4 |
| | | 13-Q2 | 0.0221 mg/L | 4 |
| | | 13-Q1 | 0.0298 mg/L | 4 |
| | | 12-Q4 | 0.0243 mg/L | 4 |
| | | 12-Q3 | 0.0169 mg/L | 6 |
| | | 12-Q2 | 0.0184 mg/L | 6 |
| | | 12-Q1 | 0.0149 mg/L | 6 |
| | | 11-Q4 | 0.021 mg/L | 18 |

| | | | | |
|---|---|---|---|---|
| | | 11-Q3 | 0.0388 mg/L | 4 |
| | | 11-Q2 | 0.0338 mg/L | 4 |
| | | 11-Q1 | 0.0443 mg/L | 4 |
| | | 10-Q4 | 0.0286 mg/L | 4 |
| | | 10-Q3 | 0.0208 mg/L | 4 |
| | | 10-Q2 | 0.0243 mg/L | 4 |
| | | 10-Q1 | 0.012 mg/L | 4 |
| | | 09-Q4 | 0.0175 mg/L | 4 |
| | | 09-Q3 | 0.0147 mg/L | 4 |
| | | 09-Q2 | 0.0107 mg/L | 4 |
| | | 09-Q1 | 0.0114 mg/L | 4 |
| | | 08-Q4 | 0.0151 mg/L | 4 |
| | | 08-Q3 | 0.019 mg/L | 4 |
| | | 08-Q2 | 0.0209 mg/L | 4 |
| | | 08-Q1 | 0.0226 mg/L | 4 |
| | | 07-Q4 | 0.0523 mg/L | 5 |
| | | 07-Q3 | 0.0531 mg/L | 5 |
| | | 07-Q2 | 0.0504 mg/L | 6 |
| | | 07-Q1 | 0.0513 mg/L | 12 |
| | | 06-Q4 | 0.0307 mg/L | 5 |
| | | 06-Q3 | 0.031 mg/L | 10 |
| | | 06-Q2 | 0.0279 mg/L | 4 |
| | | 06-Q1 | 0.0317 mg/L | 4 |
| | TTHM-1 | 23-Q2 | 0.0159 mg/L | 4 |
| | | 23-Q1 | 0.0181 mg/L | 4 |
| | | 22-Q4 | 0.0158 mg/L | 3 |
| | | 22-Q3 | 0.0214 mg/L | 3 |
| | | 22-Q2 | 0.0237 mg/L | 3 |
| | | 21-Q4 | 0.0169 mg/L | 4 |
| | | 21-Q3 | 0.0148 mg/L | 3 |
| | | 21-Q2 | 0.0068 mg/L | 3 |
| | | 21-Q1 | 0.0076 mg/L | 3 |
| | | 20-Q3 | 0.0196 mg/L | 3 |
| | | 20-Q2 | 0.0247 mg/L | 3 |
| | | 19-Q4 | 0.0293 mg/L | 4 |
| | | 19-Q3 | 0.0203 mg/L | 4 |
| | | 19-Q2 | 0.0183 mg/L | 4 |
| | | 19-Q1 | 0.0213 mg/L | 4 |
| | | 18-Q4 | 0.0214 mg/L | 4 |
| | | 18-Q3 | 0.0195 mg/L | 4 |
| | | 18-Q2 | 0.0235 mg/L | 3 |
| | | 18-Q1 | 0.0192 mg/L | 3 |

|  |  | 17-Q4 | 0.0192 mg/L | 3 |
|---|---|---|---|---|
|  |  | 17-Q2 | 0.0249 mg/L | 3 |
|  |  | 17-Q1 | 0.0288 mg/L | 2 |
|  |  | 16-Q4 | 0.0297 mg/L | 1 |