IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

DWIGHT DURAN, *et al.*,

    Plaintiffs,

v.                                                                  Civ. No. 77-721 KK/SCY

MICHELLE LUJAN GRISHAM, *et al.,*

    Defendants.

## ORDER SETTING EVIDENTIARY HEARING ON MOTION

THIS MATTER is before the Court on Defendants' Motion for Finding of Substantial Compliance with Paragraph 7 of the Second Revised Settlement Agreement (Doc. 3327) ("Motion"), filed January 26, 2023.

IT IS THEREFORE ORDERED that an evidentiary hearing on the Motion is set for **Thursday, August 3, 2023, at 1:00 p.m.**, in 440 Hondo Courtroom at the Pete V. Domenici United States Courthouse, Fourth Floor, 333 Lomas Boulevard, N.W., Albuquerque, New Mexico. Any attorney who intends to present argument or evidence to the Court, and any witness whose testimony counsel intends to offer, must appear in person.

IT IS SO ORDERED.

_____
KIRTAN KHALSA
UNITED STATES MAGISTRATE JUDGE
Presiding by Consent