Attachment CD-082801.A
Reviewed 11/4/19

# NEW MEXICO CORRECTIONS DEPARTMENT
## Sample Instructions for LSA PRD Calculations

**SAMPLE:**
Facility: <u>ABCDCF</u>

Inmate's Name: <u>Inmate Doe</u>   NMCD #: <u>12345</u>   (Program Completion Date: <u>11/1/2019</u>)

The above-mentioned inmate is being recommended for Lump Sum Award for:

☒ Completion of Approved Program   ☐ Educational Achievement   ☐ Exceptional Service

Justification:
<u>Inmate Doe completed 100 hours of an approved program, and meets the requirements for a certificate.</u>

☒ Program Hours Attached   ☒ Certificate Attached   ☐ Exceptional Service Justification Attached
☐ Testing Score   ☐ Licensure

**Recommending Facilitator/Employee's Signature:** <u>B.H. Therapist</u>   /   *BH Therapist*
                                                     (print)                     (sign)

(This section to be used for Program or Education LSA only):
**Circle One:**   Supervisor of Education   **Behavioral Health Supervisor**

I have thoroughly reviewed the LSA recommendation including all documented participation and recommend that this LSA be   ☒ APPROVED   ☐ DENIED   ☐ Returned for Further Information based on the following:
<u>Inmate Doe successfully completed all requirements.</u>

<u>  Supervisor  </u> / <u>  Supervisor  </u>                              <u>  1/15/2020  </u>
**Supervisor**: (print/sign)                                           Date:

**Classification Officer:**   Comments/Recommendations (to include summary conduct history and Lump Sum Awards received in previous 12 months:
_____
_____
_____

_____ Incident Date of Last Misconduct Report (clear conduct for 6 months for minors; 12 months for majors)
_____ Was Full Good Time earned during last 6 months
_____ Number of LSAs within the last 12 months
_____ Date assigned to program by Committee  ☐ Action Chrono attached
_____ Current PRD   _____ PRD with LSA _____

_____ / _____   _____
  *Unit Manager/Contract Monitor Review:* ***(print/sign)***   _____
                                                                *Date*

---

Instructions:

1. Calculate inmate's PRD

2. Add 45 days to Program Completion Date

3. If the PRD with the LSA figured in is less than 45 days then the LSA shall be pro-rated to meet the 45 day mark

4. If the PRD with the LSA figured in is more than 45 days, the inmate shall receive the full award.

EXHIBIT
__B__