IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**DWIGHT DURAN**, *et al.*,

    Plaintiffs,

v.   Civ. No. 77-721 KK/SCY

**MICHELLE LUJAN GRISHAM**, *et al.*,

    Defendants.

### ORDER FINDING SUBSTANTIAL COMPLIANCE WITH PARAGRAPH 6 OF THE SECOND REVISED SETTLEMENT AGREEMENT

**THIS MATTER** came before the Court on Defendants' Unopposed Motion for Finding of Substantial Compliance with Paragraph 6 of the Second Revised Settlement Agreement. The Court, having reviewed the Motion and considered the fact it is unopposed, finds that it is well taken and should be GRANTED.

**THEREFORE**, it is found that Defendants have complied with Paragraph 6 of the Second Revised Settlement Agreement.

**IT IS THEREFORE ORDERED, ADJUDGED, and DECREED** that Defendants have complied with Paragraph 6 of the Second Revised Settlement Agreement. Defendants shall maintain compliance for six (6) months from the entry of this Order at which time they may seek disengagement.

_____
THE HONORABLE KIRTAN KHALSA
U.S. MAGISTRATE JUDGE

Respectfully submitted,

**ROBLES, RAEL & ANAYA, P.C.**

By: /s/ Taylor S. Rahn
Taylor S. Rahn
Attorney for Defendants
500 Marquette Ave. NW, Suite 700
Albuquerque, NM 87102
(505) 242-2228
(505) 242-1106 (facsimile)
taylor@roblesrael.com

APPROVED BY:

Law Office of Alexandra Freedman Smith

Approved via email on 07/11/23
Alexandra Freedman Smith
925 Luna Circle NW
Albuquerque, NM 87102
(505) 200-2331
asmith@smith-law-nm.com
*Attorneys for Plaintiff Class*

2