| | |
|---|---|
| **From:** | Rami Newman <rami@roblesrael.com> |
| **Sent:** | Wednesday, July 12, 2023 10:03 AM |
| **To:** | NMDdb_Proposed Text Khalsa |
| **Cc:** | Alexandra Freedman Smith; Doreen McKnight; Nicholas Davis; 'cubraoffice@gmail.com'; 'Kate Loewe (kate@rjvlawfirm.com)'; mhd_rothsteinlaw.com; Alisha.TafoyaLucero@state.nm.us; Hope.Salazar@state.nm.us; holly.agajanian@state.nm.us; Hatch, Rebecca, CD; Maciel, Gary, NMCD; Garcia, Leslie, CD; Lovato, Mark, CD; Taylor Rahn; Rami Newman |
| **Subject:** | CIV-77-00721 KK/SCY, Motion for Finding of Substantial Compliance With Paragraph 9 of the Second Revised Settlement Agreement |
| **Attachments:** | 77cv721 KK, Order Granting Motion re Paragraph 9.docx |

==**CAUTION - EXTERNAL:**==

Dear Judge Khalsa,

  The purpose of this email is to provide you with a *proposed* Order regarding the above-referenced matter.

  Attached, please find a *proposed* Order Finding Substantial Compliance with Paragraph 9 of the Second Revised Settlement Agreement. Plaintiffs have withdrawn their opposition to Defendants' Motion for Substantial Compliance with Paragraph 9 **(Doc. No. 3351)**.

  If the *proposed* Order meets with your approval, please sign and enter the Order. Thank you for your time and attention to this matter. Please contact me should you have any questions or concerns.

Sincerely,

Rami Newman
*Paralegal*
**ROBLES, RAEL & ANAYA, P.C.**
500 Marquette Ave. NW, Suite 700
Albuquerque, NM 87102
(505) 242-2228 Phone
(505) 242-1106 Facsimile
rami@roblesrael.com



*******************************************

**The unauthorized disclosure or interception of e-mail is a federal crime. See 18 U.S.C. § 2517(4). This e-mail is intended only for the use of those to whom it is addressed and may contain information which is privileged, confidential and exempt from disclosures under the law. If you have received this e-mail in error, do not distribute**

or copy it.  Return it immediately with attachments, if any, and notify me by telephone at (505) 242-2228.  Thank you.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

**DWIGHT DURAN, et al.,**

     Plaintiffs,

**v.**                                           **Civ. No. 77-00721 KK/SCY**

**MICHELLE LUJAN GRISHAM, et al.,**

     Defendants.

**ORDER FINDING SUBSTANTIAL COMPLIANCE WITH**
**<u>PARAGRAPH 9 OF THE SECOND REVISED SETTLEMENT AGREEMENT</u>**

**THIS MATTER** came before the Court on the Defendants' Motion For Finding of Substantial Compliance with Paragraph 9 of the Second Revised Settlement Agreement. The Court, having reviewed the Motion, as well as the fact that Plaintiffs no longer oppose the motion, finds that it is well taken and should be GRANTED.

**THEREFORE**, it is found that Defendants have complied with Paragraph 9 of the Second Revised Settlement Agreement.

**IT IS THEREFORE ORDERED, ADJUDGED, and DECREED** that Defendants have complied with Paragraph 9 of the Second Revised Settlement Agreement. Defendants shall maintain compliance for six (6) months from the entry of this Order at which time they may seek disengagement.

_____
THE HONORABLE KIRTAN KHALSA
U.S. MAGISTRATE JUDGE

Respectfully submitted by:

**ROBLES, RAEL & ANAYA, P.C.**

By:    /s/ Taylor S. Rahn
       Taylor S. Rahn
       Attorney for Defendants
       500 Marquette Ave. NW, Suite 700
       Albuquerque, NM 87102
       (505) 242-2228
       (505) 242-1106 (facsimile)
       taylor@roblesrael.com

APPROVED BY:

Law Office of Alexandra Freedman Smith

Approved via email on 07/12/23
Alexandra Freedman Smith
925 Luna Circle NW
Albuquerque, NM 87102
(505) 200-2331
asmith@smith-law-nm.com
*Attorneys for Plaintiff Class*

/s/ Taylor S. Rahn
Taylor S. Rahn