# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

**DWIGHT DURAN**, *et al.*,

    Plaintiffs,

v.                                        Civ. No. 77-721 KK/SCY

**MICHELLE LUJAN GRISHAM**, *et al.*,

    Defendants.

## ORDER FINDING SUBSTANTIAL COMPLIANCE WITH PARAGRAPH 9 OF THE SECOND REVISED SETTLEMENT AGREEMENT

**THIS MATTER** came before the Court on the Defendants' Motion for Finding of Substantial Compliance with Paragraph 9 of the Second Revised Settlement Agreement. The Court, having reviewed the Motion, as well as the fact that Plaintiffs no longer oppose the Motion, finds that it is well taken and should be GRANTED.

**THEREFORE**, it is found that Defendants have complied with Paragraph 9 of the Second Revised Settlement Agreement.

**IT IS THEREFORE ORDERED, ADJUDGED, and DECREED** that Defendants have complied with Paragraph 9 of the Second Revised Settlement Agreement. Defendants shall maintain compliance for six (6) months from the entry of this Order at which time they may seek disengagement.

_____
THE HONORABLE KIRTAN KHALSA
U.S. MAGISTRATE JUDGE

Respectfully submitted by:

**ROBLES, RAEL & ANAYA, P.C.**

By:  /s/ Taylor S. Rahn
Taylor S. Rahn
Attorney for Defendants
500 Marquette Ave. NW, Suite 700
Albuquerque, NM 87102
(505) 242-2228
(505) 242-1106 (facsimile)
taylor@roblesrael.com

APPROVED BY:

Law Office of Alexandra Freedman Smith

Approved via email on 07/12/23
Alexandra Freedman Smith
925 Luna Circle NW
Albuquerque, NM 87102
(505) 200-2331
asmith@smith-law-nm.com
*Attorneys for Plaintiff Class*

 /s/ Taylor S. Rahn
Taylor S. Rahn