IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**DWIGHT DURAN, et al.,**

    Plaintiffs,

v.                                                         Civ. No. 77-00721 KK/SCY

**MICHELLE LUJAN GRISHAM, et al.,**

    Defendants.

### ORDER FINDING SUBSTANTIAL COMPLIANCE WITH PARAGRAPH 7 OF THE SECOND REVISED SETTLEMENT AGREEMENT

**THIS MATTER** came before the Court on Defendants' Unopposed Motion for Finding of Substantial Compliance with Paragraph 7 of the Second Revised Settlement Agreement. The Court, having reviewed the Motion and considered the fact it is unopposed, finds that it is well taken and should be GRANTED.

**THEREFORE**, it is found that Defendants have complied with Paragraph 7 of the Second Revised Settlement Agreement.

**IT IS THEREFORE ORDERED, ADJUDGED, and DECREED** that Defendants have complied with Paragraph 7 of the Second Revised Settlement Agreement. Defendants shall maintain compliance for six (6) months from the entry of this Order at which time they may seek disengagement.

_____
THE HONORABLE KIRTAN KHALSA
U.S. MAGISTRATE JUDGE

        Respectfully submitted,

        **ROBLES, RAEL & ANAYA, P.C.**

By:   <u>/s/ Taylor S. Rahn</u>
      Taylor S. Rahn
      Attorney for Defendants
      500 Marquette Ave. NW, Suite 700
      Albuquerque, NM 87102
      (505) 242-2228
      (505) 242-1106 (facsimile)
      taylor@roblesrael.com

APPROVED BY:

Law Office of Alexandra Freedman Smith

<u>Approved via email on 07/17/2023</u>
Alexandra Freedman Smith
925 Luna Circle NW
Albuquerque, NM 87102
(505) 200-2331
asmith@smith-law-nm.com
*Attorneys for Plaintiff Class*