# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

**DWIGHT DURAN,** *et al.***,**

      Plaintiffs,

**v.**                                                    **Civ. No. 77-00721 KK/SCY**

**MICHELLE LUJAN GRISHAM,** *et al.***,**

      Defendants.

### AGREEMENT CONCERNING INFORMATION COVERED BY
### STIPULATED CONFIDENTIALITY ORDER REGARDING PREA REPORTS

I have been designated by _____[party name] as a person who may have access to Confidential Information as that term is defined in the Stipulated Confidentiality Order Regarding PREA Reports (the "Order") entered in the above-entitled case.

Having read the Order, I agree to comply fully with it and to be bound by its terms with respect to all documents and information designated as "Confidential" under the Order. I agree to not disclose any documents or information that have been designated as "Confidential" and disclosed to me to any person or entity not authorized under the Order to view Confidential Information.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this _____day of _____, 20  .

_____
Name

_____
Address

_____
Employer

_____
Job Title