July 21, 2023

To/ CLERK OF THE U.S. DISTRICT COURT
DISTRICT OF NEW MEXICO
333 Lomas Blvd. N.W. Suite 270
ALBQ. N.M. 87102

From/ Frank Dombos #63001
C.N.M.C.F. - C.M.R.U.
P.O. Drawer 1328
Los Lunas, N.M. 87031

RE: No: 1:77-CV-721-KK-SCY
DURAN-V-GRISHAM

Dear Clerk of the District Court:

Please find attached my motion or Judicial Inquiry - Notice to the Court - document, as I am a class action member to the Duran Decree.

I would request to please be sent and endorsed copy of it so I can retain it for my records in this case.

Regards,
Frank Dombos
Frank Dombos

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

DWIGHT DURAN, ET. AL., plaintiff
  -vs-
MICHELLE LUJAN GRISHAM ET. AL.
DEFENDANT

NO: 1:77-CV-721-KK-SCY

JUDICIAL INQUIRY
(NOTICE TO THE COURT)

COMES NOW plaintiff IN THIS ACTION, AS PART OF THE DURAN DECREE, FRANK DOMBOS #63001, pro-se AND hereby STATES THE FOLLOWING:

1.) I AM going TO BE 69 yrs. old COME SEPT. 2023, I'M A geriatric INMATE, wheelchair BOUND, with MULTIPLE MEDICAL ISSUES.

2.) I APPLIED FOR geriatric PAROLE IN 2021 - IN ▓▓▓▓ L.C.C.F. prison Hobbs, NEW MEXICO, AS ENTITLED by THE DURAN DECREE.

3.) I CONTACTED ATTORNEY DOREEN MCKNIGHT IN MID 2021, AND SEPTEMBER AS WELL REGUARDING THE STATUS OF MY MEDICAL/geriatric PAROLE APPLICATION.

page (1)

4.) IN NOVEMBER 2021 I WAS TAKEN TO RE-ENTRY IN L.C.C.F.

5.) DECEMBER 15, 2021, I WAS TRANSFERED here TO CENTRAL N.M. CORRECTIONAL FACILITY - C.M.R.U. - geriatric UNIT. AS I'M A geriatric INMATE.

6.) I've never been taken to see a parole board on this.

7.) I contacted Doreen McKnight by mail, letter form-phone calls as well, about this non-compliance by N.M.C.D. to take me to the parole board for a hearing on my medical/geriatric parole application. (March, April of 2022).

8.) Ms McKnight said she'd look into this, and had me do an "Affidavit" to your court, to this effect.

9.) Nothings come of my interactions with Doreen McKnight concerning my never being taken, to the parole board on this Duran Decree issue.

10.) In August 2022 I was taken to a Re-Entry-Committee, here at the geriatric unit (C.M.R.U.).

11.) Nothings ever come from that committee.

12.) It is now July-mid July 2023, almost a year later, and still nothings happened about my seeing the parole board, from my 2021 medical/geriatric parole application.

page (2)

13.) Petitioner Dombos, is beyond frustrated on this issue. Its now going on two (2) years, dealing with nothing but excuses from the attorney supposedly representing Duran Decree prisoners rights, to enforce the provisions of the decree.

14.) Petitioner Dombos has no alternative, or recourse

But to alert the courts about this, thru a judicial inquiry, as I should be going to my 2nd parole hearing for medical/geriatric parole this year.— Instead I've NEVER went at all since mid 2021 - to present. So it's going on (2) ~~three~~ yrs. — my correction.
 Two

    Petitioner Dombos prays the court, to take judicial action, and whatever steps necessary to have the N.M.C.D. come into compliance with the Duran decree, so I can someday receive a fair parole hearing for my medical/geriatric parole application. Also to take notice of the fact that from mid 2021 to present day, my interactions with the Duran decree Atty. Doreen McKnight have produced zero results. No parole hearing. I've wasted close to two (2) ~~three~~ yrs. interacting with this attorney, and I again alert this court of my frustrations thru 21, 22, and now 23, asking for help to simply get a parole hearing - with no results so I had no alternative as a class action member of the Duran decree, to come to District Court, and pray for the court to remedy this wrong. Atty. D. McKnight clearly does not know how obtain a hearing for me.

Respectfully submitted this 21st day of July 2023. Frank Dombos #63001

*Frank Dombos*

C.N.M.C.F. - C.M. RU.
P.O. Drawer 1328
Los Lunas, N.M. 87031

## SELF-AFFIRMATION

I swear under penality of perjury my judicial

INQUIRY - NOTICE TO THE COURT IS TRUE AND CORRECT TO THE BEST OF MY ABILITY. DONE THIS 21ST DAY OF July 2023,

FRANK Dombos #63001

*Frank Dubo*

CERTIFICATE OF SERVICE

I CERTIFY THE FOREGOING WITH EXACT HAND COPY OF IT WAS PLACED IN THE U.S. MAILBOX THIS 21ST DAY OF July 2023 ADDRESSED TO THE PARTIES LISTED BELOW.

A.) UNITED STATES DIST. COURT - DIST. OF NEW MEXICO
333 LOMAS BLVD. N.W. SUITE 270
ALBQ - N.M. 87102

B.) N.M. ATTY. GENERAL ← (THRU MY BROTHER John
P.O. Box 1508       Shampton-in Dayton, Ohio)
SANTA FE, N.M. 87504-1508   AS I HAVE LIMITED MAIL
                             RESOURCES

PAGE (4)

Frank Dombos #63001
C.N.M.C.F. - C.M.R.U.
P.O. Box 1328
Los Lunas, N.M. 87031

RECEIVED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO
JUL 26 2023
MITCHELL R. ELFERS
CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO
333 Lomas Blvd. N.W. Suite 270
Albuquerque, New Mexico 87102

ALBUQUERQUE NM 870
25 JUL 2023 PM 5
FOREVER USA
Barn Swallow

87102-227470

LEGAL-MAIL