IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**DWIGHT DURAN, et al.,**

    Plaintiffs,

v.                                                                          Civ. No. 77-00721 KK/SCY

**MICHELLE LUJAN GRISHAM, et al.,**

    Defendants.

### ORDER FINDING SUBSTANTIAL COMPLIANCE WITH PARAGRAPH 13 OF THE SECOND REVISED SETTLEMENT AGREEMENT

**THIS MATTER**, having come before the Court on the Defendants' Unopposed Motion For Finding of Substantial Compliance with Paragraph 13 of the Second Revised Settlement Agreement, the Court, having reviewed the Motion, finds that it is well taken.

**THEREFORE**, it is found that Defendants have complied with Paragraph 13 of the Second Revised Settlement Agreement.

**IT IS THEREFORE ORDERED, ADJUDGED, and DECREED** that Defendants have complied with Paragraph 13 of the Second Revised Settlement Agreement. Defendants shall maintain compliance for six (6) months from the entry of this Order at which time they may seek disengagement.

_____
THE HONORABLE KIRTAN KHALSA
U.S. MAGISTRATE JUDGE

Respectfully submitted by:

**ROBLES, RAEL & ANAYA, P.C.**

By: /s/ Taylor S. Rahn
Taylor S. Rahn
Attorney for Defendants
20 First Plaza Ctr. NW, Suite 500
Albuquerque, NM 87102
(505) 242-2228
(505) 242-1106 (facsimile)
taylor@roblesrael.com

APPROVED BY:

The Law Office of Alexandra Freedman Smith

Approved via email on January 9, 2024
Alexandra Freedman Smith
925 Luna Circle, NW
Albuquerque, NM 87102
(505) 200-2331
asmith@smith-law.nm.com
*Attorneys for Plaintiff Class*