# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

DWIGHT DURAN, *et al.*,

    Plaintiffs,

v.   Civ. No. 77-721 KK/SCY

MICHELLE LUJAN GRISHAM, *et al.*,

    Defendants.

### ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO FILE SUPPLEMENTAL RESPONSE

Before the Court is Plaintiffs' Unopposed Motion to Supplement Response to Defendants' Amended Motion for Finding of Substantial Compliance with Paragraph 2 of the Second Revised Settlement Agreement (Doc. 3451) ("Motion"), filed September 25, 2025. The Court, having reviewed the Motion, having noted that it is unopposed, and being otherwise sufficiently advised, FINDS that the Motion is well-taken and it is hereby GRANTED.

IT IS THEREFORE ORDERED that: (1) no later than **Monday, September 29, 2025**, Plaintiffs may file the supplemental response (Doc. 3451-2) and accompanying exhibit (Doc. 3451-1) attached to their Motion; and, (2) no later than **Tuesday, October 14, 2025**, Defendants may file a surreply addressing the supplemental response and evidence in support.

IT IS SO ORDERED.

_____
KIRTAN KHALSA
UNITED STATES MAGISTRATE JUDGE